# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MATTHEWS,<br><br>              Plaintiff,<br><br>   v.<br><br>CVS RX SERVICES, INC.,<br><br>              Defendant.<br>_____/ | CASE NO. 1:12-cv-00852-AWI-SKO<br><br>**ORDER DENYING AS MOOT DEFENDANT'S REQUEST FOR REFERRAL TO AN EARLY SETTLEMENT CONFERENCE**<br><br>(Doc. No. 12) |

On August 3, 2012, Defendant filed a request for referral to an early settlement conference with U.S. Magistrate Judge Dale Drozd. (Doc. 12.) On October 18, 2012, the parties appeared for a scheduling conference, and an early settlement conference was discussed. A settlement conference was scheduled for January 11, 2013, at 10:00 a.m. before Magistrate Judge Sheila K. Oberto. (Doc. 20.)

Accordingly, IT IS HEREBY ORDERED that Defendant's motion for referral to an early settlement conference with Judge Drozd is DENIED as moot.

IT IS SO ORDERED.

**Dated:  October 19, 2012**          /s/ Sheila K. Oberto
                                                               UNITED STATES MAGISTRATE JUDGE