**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LISA BARNETT SWEEN, SB# 191155
  E-Mail: sween@lbbslaw.com
NATALJA M. FULTON, SB# 254858
  E-Mail: fultonn@lbbslaw.com
333 Bush Street, Suite 1100
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

EDWARDS WILDMAN PALMER LLP
LAURA HECKATHORN, SB# 228861
  E-Mail: lheckathorn@edwardswildman.com
9665 Wilshire Boulevard, Suite 200
Beverly Hills, California 90212
Telephone: 310.860.8719
Facsimile: 888.564.0157

Attorneys for Defendant
CVS RX SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JAMES MATTHEWS, | CASE NO. 1:12-cv-00852-AWI-SKO |
| Plaintiff, | **STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER** |
| vs. | |
| CVS RX SERVICES, INC.; And DOES 1-10, inclusive, | Judge:  Hon. Sheila K. Oberto<br>Crtrm.: 7 |
| Defendant. | Trial Date:  March 4, 2014 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

WHEREAS Plaintiff, JAMES MATTHEWS, and Defendant, CVS RX SERVICES, INC., have completed the necessary conditions of their settlement agreement, and it is HEREBY STIPULATED by and between the parties to this action, through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41.

/ / /

Each side shall bear their own costs and fees.

**IT IS SO STIPULATED.**

                                          Respectfully submitted,

DATED: February __, 2013        LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
    Lisa Barnett Sween
    Natalja M. Fulton
    Attorneys for Defendant
    CVS RX SERVICES, INC.

DATED: February __, 2013

By: _____
    James Matthews, *In Propia Persona*
    Plaintiff

IT IS SO ORDERED.

Dated:  February 26, 2013        _____
                                             SENIOR DISTRICT JUDGE